### SUN PRINTING & PUBLISHING ASS'N v. EDWARDS.

(Circuit Court of Appeals, Second Circuit. March 12, 1903.)

#### No. 108.

1. COURT OF APPEALS—JURISDICTION OF LOWER COURT—POWER TO REVIEW.

    As Act March 3, 1891, § 6, 26 Stat. 828, c. 517 [U. S. Comp. St. 1901, p. 549], fixing the jurisdiction of the Circuit Court of Appeals, gives it no power to review questions as to the jurisdiction of the court below, the question whether diversity of citizenship exists, so as to vest jurisdiction in the Circuit Court, cannot be passed upon by the Court of Appeals.

2. SAME—DISPOSITION OF CAUSE.

    On error to the Circuit Court from the Circuit Court of Appeals, a question as to the jurisdiction of the Circuit Court will be certified to the Supreme Court, and meanwhile other questions will be reserved.

---

¶ 1. Review by Circuit Courts of Appeals of jurisdiction of Circuit Courts, see note to Excelsior Wooden Pipe Co. v. Pacific Bridge Co., 48 C. C. A. 351.

In Error to the Circuit Court of the United States for the Southern District of New York.

Writ of error by defendant to review a judgment in favor of plaintiff upon a verdict in an action to recover for breach of contract.

Franklin Bartlett, for plaintiff in error.

Thos. F. Bayard, for defendant in error.

Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. The proposition contended for by defendant, viz., that, upon the pleadings and proofs, there was not shown such diversity of citizenship as would give the Circuit Court jurisdiction, seems to be in accord with the decisions; but the sixth section of the act of March 3, 1891, 26 Stat. 828, c. 517 [U. S. Comp. St. 1901, p. 549], has not given this court appellate jurisdiction to review questions as to the jurisdiction of the court below, and we therefore may not decide such questions. The correct practice when an appeal or writ of error brings up before this court constitutional or jurisdictional questions involved with other questions is pointed out in U. S. v. Lee Yen Tai, 113 Fed. 465, 51 C. C. A. 299.

The jurisdictional question will be certified to the Supreme Court, and meanwhile the other questions will be reserved.